

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00886-CV

**IN THE INTEREST OF L.C.G.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-13767
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:  Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice
     Irene Rios, Justice

Delivered and Filed: December 6, 2023

DISMISSED FOR WANT OF JURISDICTION

On August 21, 2017, the trial court signed an order establishing the parent-child relationship and determining conservatorship and visitation. Appellant's notice of appeal was due on September 20, 2017, or a motion for extension of time to file a notice of appeal was due on October 5, 2017. *See* TEX. R. APP. P. 26.1, 26.3; *see generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

On October 2, 2023, after the deadline to file the notice of appeal, Appellant, the child's father, filed a notice of appeal. On October 26, 2023, we advised Appellant that a timely notice

of appeal is necessary to invoke this court's appellate jurisdiction. *See* TEX. R. APP. P. 26.1. *See generally Verburgt*, 959 S.W.2d at 617. We ordered Appellant to show cause in writing to this court by November 6, 2023, why this appeal should not be dismissed for want of jurisdiction.

Appellant responded on November 5, 2023, that this court maintains jurisdiction to consider his appeal because it concerns standing, which may be challenged at any time. We agree that standing may be challenged at any time. *See Tex. Ass'n of Bus. v. Tex. Air Control Bd.*, 852 S.W.2d 440, 444 (Tex. 1993). However, an order from the trial court may only be appealed within thirty days of its entry under Rule 26.1. *See* TEX. R. APP. P. 26.1. *See generally Verburgt*, 959 S.W.2d at 617. We now dismiss this appeal of the trial court's August 21, 2017 order for want of jurisdiction. *See* TEX. R. APP. P. 42.3.

PER CURIAM